UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

DAVID RUSSELL,

                Petitioner,

     vs                                    9:03-CV-1301

SUPERINTENDENT BURGE,

                Respondent.

-------------------------------------

APPEARANCES:                                OF COUNSEL:

DAVID RUSSELL
Petitioner, Pro Se
91-A-4511
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871

HON. ELIOT L. SPITZER                  RISA L. VIGLUCCI, ESQ.
Attorney General of the                  Asst. Attorney General
  State of New York
Attorney for Respondent
Department of Law
The Capitol
Albany, NY 12224-0341

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Petitioner, David Russell, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By a report recommendation dated April 15, 2005, the Honorable David R. Homer, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied. Petitioner has filed timely objections.

Based upon a de novo determination of the report and recommendation, including the portions to which petitioner objected, the Report-Recommendation is accepted and adopted in whole.  See 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in its entirety.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August    25, 2005
       Utica, New York.